IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAR 20 PM 3:24

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

UNITED STATES OF AMERICA

\*

vs.                                       Case No.  DKC-18-066

\*

TIMOTHY MCLAIN
DONALD M. RIVERS, JR.
ASHLEY COLLIER                            \*

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING

IT IS ORDERED, that the defendants in the above captioned case shall be Temporary Detained, pending an initial appearance that will be set for ___TBA___ *(date)* at ___TBA___ *(time)* before _____TBA_____, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ___3A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshals (_____) (Other Custodial Official) and produced for the hearing.

March 20, 2018
Date

J. Mark Coulson
United States Magistrate Judge