AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAR 23 AM 10:55

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

2018 FEB -6 PM 6:28

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE

BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case No. DKC-18-066 |
| Donald Marcell Rivers, Jr. | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Donald Marcell Rivers, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§ 1951(a); 2 Conspiracy and Interference with Commerce by Robbery; Aiding and Abetting

Date: 02/06/2018

_____
*Issuing officer's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3-22-18 , and the person was arrested on *(date)* 3-22-18
at *(city and state)* Baltimore, MD .

Date: 3-22-18

_____
*Arresting officer's signature*

Special Agent Thomas Hamlett
*Printed name and title*