IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. DKC-18-0066 |
| Donald Marcell Rivers, Jr. | |

*FILED U.S. DISTRICT COURT*
*2018 MAR 23 AM 10: 56*
*CLERK'S OFFICE AT BALTIMORE*
*BY _____ DEPUTY*

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this ___22nd___ day of _____March_____, __2018__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
J. Mark Coulson
United States Magistrate Judge