IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No. DKC-18-0066 |
| Donald Marcell Rivers, Jr. | |

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING
### PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __March 27th, Tuesday__ (date) at __2:00__ (time) before __Beth P. Gesner__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __3A__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

March 22, 2018
Date

J. Mark Coulson
United States Magistrate Judge