===================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

**UNITED STATES OF AMERICA**           *

      **v.**                                *           **Criminal No. DKC-18-066**

**DONALD RIVERS, Jr.**                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Donald Marcell Rivers, Jr..   I certify that I am admitted to practice in this court.

<u>March 30, 2018</u>                                          <u>         /s/         </u>
Date                                                      KATHERINE TANG NEWBERGER (#27803)
                                                      Assistant Federal Public Defender
                                                     100 South Charles Street
                                                     Tower II, 9th Floor
                                                     Baltimore, Maryland   21201
                                                   Ph:   (410) 962-3962
                                                   Fax: (410) 962-0872
                                                   Katherine_Newberger@fd.org