## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE  Greenbelt, MD  20770
(301) 344-0634

May 8, 2018

TO:  Counsel

RE:  United States of America v. Donald Marcell Rivers, Jr.,
     Timothy Michael McLain, and Ashley Nicole Collier
     Criminal Case No. DKC 18-0066

Dear Counsel:

This letter will memorialize the matters discussed and schedule set during the telephone conference held April 30, 2018.

In accordance with those discussions, arraignments were held for the remaining two defendants and the Government filed a consent motion concerning the Speedy Trial Act.  The Government reports, and counsel agree, that discovery is voluminous and more time is needed for preparation.  The motions deadline is May 31, 2018, and a further scheduling conference will be held June 1, 2018 at 9:15 a.m.  Chambers will initiate the conference call.

Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge