IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**     *

                                               *

    vs.

                                               *     **CRIMINAL NO.: DKC18-066**

**ASHLEY COLLIER,**     *
         *Defendant*
                                             *

## MOTION TO SUPPRESS

COMES NOW, the Defendant, Ashley Collier, through his attorney Marc G. Hall, Esq., respectfully requests this Honorable Court pursuant to Rule 12 (b) of the Federal Rules of Criminal Procedure, to suppress all physical evidence and statements obtained from the defendant at the time of his arrest and for reasons states as follows:

1. There was a seizure of Defendant's property resulting from an illegal arrest or search and seizure conducted in violation the Fourth and Fourteenth Amendments to the U. S. Constitution.

2. Statements were taken from the Defendant resulted from an illegal arrest and search and seizure conducted in violation the Fourth Amendment to the U. S. Constitution.

3. That the statements were obtained in violation of the due process of law guaranteed by the Fifth Amendment to the U. S. Constitution and Defendant's right against self-incrimination guaranteed by the Fifth Amendment to the U. S. Constitution and the Defendant's right to counsel guaranteed by the Sixth

Amendment to the U. S. Constitution.

## CONCLUSION

As part of this motion, the defendant requests an evidentiary hearing and a statement of the essential findings of fact on the record pursuant to Rule 12 (f) of the Federal Rules of Criminal Procedure.

WHEREFORE, for these reasons and any others put forth during a hearing on this matter, the Defendant, Ms. Collier requests that this Motion to Suppress be granted.

Respectfully submitted,

Law Offices of Marc G. Hall, P.C.

_____/s/_____
Marc G. Hall
Fed. Bar No. 01386
7474 Greenway Center Drive
Suite 150
Greenbelt, MD 20770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 31st day of May 2018 to: The United States Attorney's Office, Baltimore, MD 21201.

_____/s/_____
Marc G. Hall