**UNITED STATES DISTRICT COURT**
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0634

June 1, 2018

TO: Counsel

RE: United States of America v. Donald Marcell Rivers, Jr., Timothy Michael McLain, and Ashley Nicole Collier
Criminal Case No. DKC 18-0066

Dear Counsel:

This will confirm the matters discussed and the schedule set during the telephone conference. The following schedule will control:

- July 31, 2018  Government's response to Defendants' motions due;

- Aug. 10, 2018  Joint proposed voir dire, joint proposed jury instructions, and joint proposed verdict sheet to be filed electronically and in Word format to mdd_dkcchambers@mdd.uscourts.gov. The government will provide a draft to defense counsel on or about August 1 and counsel will confer to prepare these joint submissions. Any matters of disagreement should be identified through supplemental filings;

- Aug. 14, 2018 @ 9:30 a.m.  Motions hearing and pretrial conference;

- Sept. 4, 2018  2-week trial in Baltimore

The trial will begin at 10:00 a.m. on Tuesday, September 4, but will otherwise begin at 9:30 a.m. The court will sit Friday, September 7, but not on Monday, September 10, in recognition of Rosh Hashana.

Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge