**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Criminal No.  DKC-18-0066 |
| | : | |
| **DONALD RIVERS, Jr.** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Donald Rivers, Jr.

Date: June 5, 2018

                                                    /s/
                                  REBECCA S. TALBOTT, # 803577
                                  Assistant Federal Public Defender
                                  100 South Charles Street
                                  Tower II, 9th Floor
                                  Baltimore, Maryland  21201
                                  Phone: (410) 962-3962
                                  Fax:  (410) 962-0872
                                  Email: rebecca_talbott@fd.org