```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 1 9 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES OF AMERICA    *
                            *
v.                          *   CRIMINAL NO. DKC-18-066
                            *
DONALD MARCELL RIVERS, JR.  *
                            *
Defendant                   *
                      *******

## GOVERNMENT'S EXHIBITS (SENTENCING)

| Exhibit No. | Id | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | ✓ | NOV 19 2018 | | Certified records: Franklin County, PA (1-9-08) |
| 2 | ✓ | NOV 19 2018 | | Certified records: Washington County, MD (8-8-06) |
| 3 | ✓ | NOV 19 2018 | | Certified records: Washington County, MD (2-21-12) |
| 4 | ✓ | NOV 19 2018 | | Certified records: Washington County, MD (1-30-18) |
| 5 | ✓ | NOV 19 2018 | | Text conversation (7/21/17) |
| 6 | ✓ | NOV 19 2018 | | Text conversation (8/22/17) |
| 7 | ✓ | NOV 19 2018 | | Video (IMG_0045) currency with currency counter |
| 8 | ✓ | NOV 19 2018 | | Photo of Rivers holding currency |
| 9 | ✓ | NOV 19 2018 | | Photo of diamond "pinky" ring |
| 10 | ✓ | NOV 19 2018 | | Photo of bundles of currency with "pinky" ring |
| 11 | ✓ | NOV 19 2018 | | Photo of Rivers holding currency |
| 12 | ✓ | NOV 19 2018 | | Photo of digital scale display |
| 13 | ✓ | NOV 19 2018 | | Photo of currency |
| 14 | ✓ | NOV 19 2018 | | Photo of Rivers with black handgun |
| 15 | ✓ | NOV 19 2018 | | Photo of Rivers with two black handguns |
| 16 | ✓ | NOV 19 2018 | | Photo of Rivers with ring and two black handguns |
| 17 | ✓ | NOV 19 2018 | | Photo of Rivers with currency in kitchen |
| 18 | ✓ | NOV 19 2018 | | Photo of Rivers with bridge in background (1) |
| 19 | ✓ | NOV 19 2018 | | Photo of Christian Louboutin shoeboxes, currency |
| 20 | ✓ | NOV 19 2018 | | Photo of four plastic bags of apparent drugs |
| 21 | ✓ | NOV 19 2018 | | Photo of Rivers with bridge in background (2) |
| 22 | ✓ | NOV 19 2018 | | Photo with Gucci gift boxes, watch, and currency |
| 23 | ✓ | NOV 19 2018 | | Video (IMG_4559) of riffling through currency |
| 24 | ✓ | NOV 19 2018 | | Photo of bag with diamond ring and currency |
| 25 | ✓ | NOV 19 2018 | | Photo of phones, currency, drugs |
| 26 | ✓ | NOV 19 2018 | | Screen capture of Instagram profile page |
| 27 | ✓ | NOV 19 2018 | | Audio clip (1) from day phone located in Jeep |
| 28 | ✓ | NOV 19 2018 | | Audio clip (2) from 1/30/2018 |
| 29 | | | | Video clip (1) |
| 30 | ✓ | NOV 19 2018 | | Video clip (2) |