___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

NOV 19 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**United States**

**vs.**

**Donald Marcell Rivers, Jr.**

Criminal No. DKC-18-066

Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Sealed Exhibit (Ex. 1 to Def. Memo) (USAO-00003-17) |
| 2 | | | | CD of selected jail calls & visit |
| 3 | NOV 19 2018 | NOV 19 2018 | | Sealed Exhibit ("Additional Facts", rec'd from USAO) |
| 4 | | | | Summary Police Report (R-HPD-0031-45) |
| 5 | | | | Ashley Collier criminal history report (R-HPD-BD01-0445-459) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |