IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LOGGED _____ RECEIVED

NOV 19 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Case No.: **DKC-18-066-1** |
| **DONALD MARCELL RIVERS, JR.** | * | |
| **Defendant** | | |

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**

_____
_____
_____
_____

All Government's Sentencing Exhibits returned: _____

**DEFENDANT'S EXHIBITS**

_____
_____
_____
_____

All Defendant's Sentencing Exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Government: _/s/_____

Counsel for Defendant: _/s/_____

Date: __November 19, 2018__